UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CORBIN MICHAEL WIRA, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:23-cv-00096-MPB-CSW |
| LINDA BOOP, | ) |
| Defendant. | ) |

**Order Dismissing Action and Directing Entry of Final Judgment**

In the Order of April 24, 2025, the plaintiff was given 30 days to file a motion to dismiss or a stipulation of dismissal. Dkt. 48. When no motion or stipulation was filed, the Court gave the parties additional time to comply with that Order. Dkt. 49. After the parties still did not respond, the Magistrate Judge issued a Report and Recommendation recommending that the case be dismissed without prejudice. Dkt. 50. The time to respond to that Order has expired. The plaintiff has moved to dismiss the case without prejudice and the defendant has not responded. Therefore, the Report and Recommendation, dkt. [50] is **adopted**. The plaintiff's motions to dismiss, dkt. [51], dkt. [52], are **GRANTED**. This case is dismissed without prejudice. Judgment consistent with this Order shall now issue.

**IT IS SO ORDERED.**

Dated: August 14, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

CORBIN MICHAEL WIRA
268959
HERITAGE TRAIL CORRECTIONAL FACILITY
727 Moon Rd.
Plainfield, IN 46168

Brian M. Pierce
Brian M. Pierce, Attorney at Law
brian@brianpiercelaw.com